Ricardo Azamar-Alatorre, 06 Cz. 1173 (SHB)



-2-

Would Your Honor please indicate the course of action to be taken.

Proceed with the investigation_____

Do not proceed at this time_____

Other_____

_____3/3/08_____
Date

Honorable Sidney H. Stein
U.S. District Judge